UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| Blue Tees Enterprises LLC<br><br>                              **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                              **Defendant.** | **S U M M O N S**<br><br>Court No.    24-028 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Cincinnati, OH | Center (if known): | Electronics |
|---|---|---|---|
| Protest Number: | 4102-23-103052 | Date Protest Filed: | 07/27/23 |
| Importer: | Blue Tees Enterprises LLC | Date Protest Denied: | 08/14/23 |
| Category of Merchandise: | Speakers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| See attached continuation sheet for details of protests and entries at issue | | | | | |
| | | | | | |
| | | | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Michael Roll
Partner
Roll & Harris LLP
2121 Avenue of the Stars - Suite 800
Los Angeles, CA 90067
310.294.9501 (direct); 424.645.8987 (mobile)
michael.roll@thetradelawfirm.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Speakers | 8518.22.0000/ 9903.88.15 | Free/ 7.5% | 8518.22.0000/ 9903.88.67 | Free/ Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP decision at issue is the decision to liquidate without applying 9903.88.67. Plaintiff contends its speakers are eligible for the exclusion set forth in 9903.88.67.

The issue which was common to all such denied protests:

Whether Section 301 duty exclusion under HTSUS 9903.88.67 is applicable to certain speakers entered under HTSUS 8518.22.0000(free)/9903.88.15(7.5%).

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

02/05/2024

_Date_

## SCHEDULE OF PROTESTS

Electronics
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 4102-23-103052 | 07/27/2023 | 08/14/2023 | 231-8504903-4 | 07/21/2022 | 06/16/2023 | 4102 |
| 4102-23-103062 | 08/24/2023 | 08/30/2023 | 231-8537982-9 | 10/14/2022 | 08/11/2023 | 4102 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)